# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES of AMERICA )  Case Number: CR 08-60234
         Plaintiff )
          ) REPORT COMMENCING CRIMINAL ACTION
-VS- )
Karia Marshall )  77819 004
         Defendant )

*********************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court               FT. PIERCE
                           (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*********************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9-3-08    0745      (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1343; 18 USC 2; 18 USC 981(a)(1)(c)

(4) U.S. Citizen    [X] Yes    [ ] No    [ ] Unknown

(5) Date of Birth: 2/13/76

(6) Type of Charging Document: (check one)
    [X] Indictment      [ ] Complaint to be filed/ already filed
    Case # CR-ZLOCH    08-60234

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern District of Florida

COPY OF WARRANT LEFT WITH BOOKING OFFICER    [X] Yes    [ ] No

Amount of Bond: $ 100,000.00

Who set Bond: _____

(7) Remarks: _____

(8) Date: _____    (9) Arresting Officer: Shawn Holbert

(10) Agency: USSS      (11) Phone: 954-888-1491

(12) Comments: _____