UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA

vs

KARIN MTICHELL

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Robin S. Rosenbaum on September 3, 2008, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT ADDRESS: SEE BOND

DEFENSE COUNSEL:   Noticing FPD
1 E. Broward Blvd.
Suite 1100
Ft. Lauderdale, FL 33301
305-728-1932

BOND SET/CONTINUED:

Bond hearing held: yes _X_  no ____  Bond hearing set for ____

Dated this 3rd day of September, 2008.

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT
By: Glenda Walker
Deputy Clerk

Tape No. FTL/RSR#08-59

cc: Copy for Judge, AUSA, Defense Counsel, UPSO/PTS