# COURT MINUTES

## U.S. MAGISTRATE JUDGE ROBIN S. ROSENBAUM- FORT LAUDERDALE, FLORIDA

DEFT: Karin Marshall (J)  
AUSA: Marc Anton  
AGENT:  
PROCEEDING: Initial Appearance/Arraignment  
BOND HEARING HELD - yes / no  
BOND SET @:  

CASE NO: 08-60234-CR-ZLOCH  
ATTY:  
VIOL: 18:1343--Wire Fraud  
RECOMMENDED BOND: 100,000-10% & 250,000 PSB  
COUNSEL APPOINTED:  
To be cosigned by:  

Dft. advised of charges; sworn for counsel; FPD appointed--Tim Day present. Bond set @ 250,00 PSB to be co-signed by Wiliam and Andrea Marshall & a $5,000.00 cash bond w/nebbia. Dft. Waives reading, enters plea of N/G; request jury trial and SDO entered.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9/18/08 | 11:00 | Seltzer | |

DATE 9/3/08  TIME 11:00  FTL/RSR Tape #08  59  Begin: 1082-1169  End: 1278-1644  
Time in Court: 15 minutes