UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,            :

    Plaintiff,                                  :

vs.                                                       :

KARIN MARSHALL,                           :

    Defendant.                              :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By:   *s/Patrick M. Hunt*
      Patrick M. Hunt
      Assistant Federal Public Defender
      Florida Bar No. 571962
      1 E. Broward Boulevard
      Suite 1100
      Fort Lauderdale, Florida  33301
      (954) 356-7436
      (954) 356-7556 (fax)
      Patrick_Hunt@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on September 4, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        *s/Patrick M. Hunt*
        Patrick M. Hunt

# SERVICE LIST

## UNITED STATES OF AMERICA v. KARIN MARSHALL

### Case No. 08-60234-CR-ZLOCH/SNOW

**United States District Court, Southern District of Florida**

Patrick M. Hunt, Esquire
Patrick_Hunt@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Karin Marshall
[Service via CM/ECF]


Marc S. Anton, Esquire
Marc.Anton@usdoj.gov
United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via CM/ECF]

J:\Marshall, Karin Reg77819-004\Pleadings\ECF-CM\ASSIGN