UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA

v.

KARIN MARSHALL,

      Defendant.
_____/

## ORDER

This matter comes before the Court upon the Parties' Oral Joint Stipulation to Satisfy *Nebbia* Requirements and Motion to Find the Bond *Nebbia* Requirement Satisfied. Upon review of the Oral Joint Stipulation, as well as the supporting proffer received from the government, it is hereby **ORDERED AND ADJUDGED** that the *Nebbia* requirement on Defendant Marshall's bond is satisfied.

Done and ordered this 4th day of September, 2008.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of Record