AO 442    (Rev. 05/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Florida  1562180

UNITED STATES OF AMERICA

V.

KARIN MARSHALL

**WARRANT FOR ARREST**

Case Number: 08-60234
CR-ZLOCH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   KARIN MARSHALL

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

FILED by _____ D.C.
SEP 0 8 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court
☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

2008 AUG 29 PM 4: 33
RECEIVED
UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

charging him or her with   (brief description of offense)
Wire Fraud

in violation of Title   18   United States Code, Section(s)   1343

STEVEN M. LARIMORE
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer

08/28/2008    at Fort Lauderdale, Florida
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at Margate, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/29/2008 | Christina Pharo, US Marshal SDFL | Manny Puri, SDUSM |
| DATE OF ARREST 9/03/08 | | |