UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-ZLOCH/SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,          :

vs.          :

KARIN MARSHALL,          :

    Defendant.          :
_____/

## **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

The defendant, through counsel, hereby files this request for permission to travel and states as follows:

1. On September 3, 2008, the defendant was arraigned on a 20 count wire fraud indictment.

2. Ms. Marshall was released on bond on September 4, 2008 ($250,000 personal surety and $50,000 10%). She has complied with all conditions of bond.

3. Ms. Marshall seeks permission to travel to Orlando, Florida to attend a church function with her 12 year old daughter. Ms. Marshall would leave on Saturday, September 27, 2008 at approximately 6:00 a.m. and return Saturday, September 27, 2008 at approximately 6:00 p.m.

4. Assistant United States Attorney Marc Anton and Pretrial Services Officer Donald Lesmeister have no objection to the granting of the relief requested in this motion.

WHEREFORE, the defendant requests that this Court grant permission to travel as outlined above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:     s/Patrick M. Hunt
          Patrick M. Hunt
          Assistant Federal Public Defender
          Florida Bar No. 571962
          1 E. Broward Boulevard
          Suite 1100
          Fort Lauderdale, Florida  33301
          (954) 356-7436
          (954) 356-7556 (fax)
          Patrick_Hunt@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/Patrick M. Hunt
          Patrick M. Hunt

2

SERVICE LIST

UNITED STATES OF AMERICA v. KARIN MARSHALL

Case No. 08-60234-CR-ZLOCH/SNOW

United States District Court, Southern District of Florida

Patrick M. Hunt, Esquire
Patrick_Hunt@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Karin Marshall
[Service via CM/ECF]

Marc S. Anton, Esquire
Marc.Anton@usdoj.gov
United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via CM/ECF]

Mr. Donald Lesmeister
United States Probation Office
299 E. Broward Blvd.
Suite 409
Fort Lauderdale, Florida  33301
Telephone:  (954) 769-5518
Facsimile:  (954) 769-5669
[Service via Interagency Mail]