UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,                                  :

vs.                                                        :

KARIN MARSHALL,                             :

    Defendant.                              :
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Permission to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion for permission to travel is hereby GRANTED.  The defendant is permitted to travel to Orlando, Florida on Saturday, September 27, 2008, returning to this District the same day.  All other conditions of bond shall remain the same.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of September, 2008.

                                                                            HONORABLE ROBIN ROSENBAUM
                                                                            UNITED STATES MAGISTRATE JUDGE

cc:    Patrick M. Hunt, AFPD
          Marc Anton, AUSA
          Donald Lesmeister, USPSO