UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

KARIN MARSHALL,    :

    Defendant.    :
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS MATTER came before the court upon the Defendant's Unopposed Motion to Continue Trial, bearing Certificate of Service dated September 30, 2008.  After carefully considering the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED.  The trial in this matter is hereby reset as follows: _____

_____.

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of September/October, 2008.

                                                HONORABLE WILLIAM J. ZLOCH
                                              UNITED STATES DISTRICT JUDGE

cc:    Patrick M. Hunt, AFPD
        Marc S. Anton, AUSA