```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

             CASE NO. 08-60234-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                           **ORDER GRANTING CONTINUANCE**
                                      **AND RESETTING TRIAL**

KARIN MARSHALL,

      Defendant.
_____/

      THIS MATTER is before the Court upon the Defendant Karin Marshall's Unopposed Motion To Continue Trial (DE 20), based on the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

      **ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion To Continue Trial (DE 20) be and the same is hereby **GRANTED.** The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

      **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby reset for trial commencing on Monday, January 12, 2009, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, January 9, 2009, at <u>10:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida. The Court

further finds that the delay resulting from the date of this continuance, September 30, 2008, through and including January 12, 2009, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of October, 2008.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

Marc Anton, Esq., AUSA
For Plaintiff

Patrick Hunt, Esq., AFPD
For Defendant