UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-ZLOCH/SNOW

UNITED STATES OF AMERICA,      :

  Plaintiff,                                      :

vs.                                                               :

KARIN MARSHALL,                            :

  Defendant.                                 :
_____/

# MOTION FOR PERMISSION TO TRAVEL

  The defendant, through counsel, hereby files this request for permission to travel and states as follows:

  1. On September 3, 2008, the defendant was arraigned on a 20 count wire fraud indictment.

  2. Ms. Marshall was released on bond on September 4, 2008 ($250,000 personal surety and $50,000 10%). She has complied with all conditions of bond.

  3. Ms. Marshall seeks permission to travel to Orlando, Florida to attend a church function with her 12 year old daughter. Ms. Marshall would leave on Saturday, November 22, 2008 at approximately 6:00 a.m. and return Saturday, November 22, 2008 at approximately 8:30 p.m.

  4. Counsel attempted to contact Assistant United States Attorney Marc Anton in order to ascertain the government's position, but Mr. Anton is out of the office until November 17, 2008. Mr. Anton had no objection to a previously filed and granted motion for permission to travel for the same purposes. Pretrial Services Officer Donald Lesmeister has no objection to the granting

of the relief requested in this motion.

WHEREFORE, the defendant requests that this Court grant permission to travel as outlined above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *s/Patrick M. Hunt*
Patrick M. Hunt
Assistant Federal Public Defender
Florida Bar No. 571962
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida  33301
(954) 356-7436
(954) 356-7556 (fax)
Patrick_Hunt@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 12, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Patrick M. Hunt*
Patrick M. Hunt

SERVICE LIST

UNITED STATES OF AMERICA v. KARIN MARSHALL

Case No. 08-60234-CR-ZLOCH/SNOW

United States District Court, Southern District of Florida

Patrick M. Hunt, Esquire
Patrick_Hunt@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Karin Marshall
[Service via CM/ECF]

Marc S. Anton, Esquire
Marc.Anton@usdoj.gov
United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via CM/ECF]

Mr. Donald Lesmeister
United States Probation Office
299 E. Broward Blvd.
Suite 409
Fort Lauderdale, Florida  33301
Telephone:  (954) 769-5518
Facsimile:  (954) 769-5669
[Service via Interagency Mail]