UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA,

       v.                        NOTICE

KARIN MARSHALL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:   COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

DATE & TIME:
January 14, 2009 at 11:30 A.M.

**CHANGE OF PLEA** - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A FULL CONFESSION

STEVEN M. LARIMORE
CLERK OF COURT

*Barbara L. Coats*
BY DEPUTY CLERK

DATE:   January 7, 2009

cc:  Marc Anton, Esq., AUSA
     Patrick M. Hunt, Esq., AFPD