UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 08-60234-CR-ZLOCH

       Plaintiff,

vs.

KARIN A. MARSHALL_____/

**CHANGE OF PLEA MINUTES**

Date: January 14, 2009                    Judge: William J. Zloch

Court Reporter: Carl Schanzleh          Courtroom Clerk: Barbara Coats

Asst. U.S. Attorney: Marc Anton, Esq., AUSA

Defense Counsel: Patrick Hunt, Esq., AFPD

Probation:_____Interpreter:_____

Defendant: __X__ Present _____ Not Present __X__ On Bond _____ In Custody

    On the aforementioned date, Defendant appeared in person before the Honorable William J. Zloch, United States District Judge, and stated in open court that he / (she) desired to withdraw the previously entered plea of not guilty and to enter a plea of guilty as to Count(s) _1_ of the (Indictment) / Information.

    After Defendant was duly sworn, the Court made inquiry as to guilt.

__✓__ The Court, being satisfied that there was a factual basis for guilt, accepted the plea and adjudged Defendant guilty at that time.

_____ The Court did not accept Defendant's plea at that time based upon the following: _____

_____

_____

Whereupon:

_____ The Court immediately proceeded to sentencing. (See J&C)

__✓__ The Court continued the matter until __3/25/2009 at 10:30AM__ for __Sentencing__

__✓__ Defendant was allowed to remain on bond until sentencing.

_____ Defendant was remanded to the custody of the United States Marshal Service to await sentencing.

_____ Defendant was remanded to the custody of the United States Marshal Service until a bond in the amount of $_____ is approved and posted.

_____ Other: _____


The Assistant United States Attorney announced that Count(s) _____ would be dismissed on the Government's motion at sentencing.

__✓__ A written Plea Agreement was filed with the Court

_____ No Plea Agreement exists

Miscellaneous: __Factual Proffer filed__