UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA
Plaintiff,

NOTICE OF SENTENCING

vs.

KARIN A. MARSHALL,

Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable William J. Zloch**, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on March 25, 2009 at 10:30 A.M. for imposition of sentence. On that date, report to:

299 East Broward Boulevard, Ft. Lauderdale, Florida 33301   Courtroom No.: A

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR, CLERK OF COURT
By: _____
xDeputyx Clerk
United States District Judge

DATE: 1/14/2009
COUNSEL FOR DEFENDANT: _____
DEFENDANT: Karin Marshall

[X] GUILTY PLEA   [X] BOND          TO COUNTS: 1
[ ] TRIAL         [ ] FEDERAL CUSTODY
                  [ ] STATE CUSTODY   OF TOTAL COUNTS: ___
                  [ ] U.S.M. CUSTODY  AUSA: ANTON

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant