UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

KARIN MARSHALL,   :

    Defendant.   :
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Permission to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion for Permission to Travel is hereby GRANTED.  The defendant is permitted to travel to Orlando, Florida on Friday, January 23, 2009 and return to the district on Saturday, January 24, 2009.  She will stay at the Baymont Inn & Suites, 7531 Canada Avenue, Orlando, Florida 32819, (407) 226-9887.  All other conditions of bond shall remain the same.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of January, 2009.

                                  HONORABLE WILLIAM J. ZLOCH
                                  UNITED STATES DISTRICT JUDGE

cc:    Patrick M. Hunt, AFPD
        Marc Anton, AUSA
        Carol Sirotto, USPSO