```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-60234-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                        **O R D E R**

KARIN MARSHALL,

       Defendant.
_____/

       THIS MATTER is before the Court upon Defendant Karin Marshall's Unopposed Motion For Permission To Travel (DE 28). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

       Accordingly, after due consideration, it is

       **ORDERED AND ADJUDGED** as follows:

       1.   The Defendant's Unopposed Motion For Permission To Travel (DE 28) be and the same is hereby **GRANTED**. The Defendant, Karin Marshall, shall be permitted to travel to Orlando, Florida on Friday, January 23, 2009, leaving at approximately 12:00 noon and returning Saturday, January 24, 2009 at approximately 9:30 p.m.;

       2.   Prior to such travel, the Defendant shall provide the United States Pretrial Officer with a written itinerary of his travel plans, which shall include the following information: specific dates and times of all travel; flight numbers where applicable; and the name, address and telephone number of the location(s) at which the Defendant shall be staying; and

3.   Upon the Defendant's return to the Southern District of Florida, the Defendant shall immediately contact her Pretrial Officer and verify her return to the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    16th    day of January, 2009.

                                              _____
                                              WILLIAM J. ZLOCH
                                              United States District Judge

cc:   Marc Anton, Esq., AUSA
      Patrick M. Hunt, Esq., AFPD
      Carol Sirotto, U.S. Probation