UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.: 08-60234-CR-ZLOCH

Plaintiff,

vs.

KARIN A. MARSHALL_____/

## SENTENCING MINUTES

Date: March 25, 2009          Court Reporter: Carl Schanzleh

Asst. U.S. Attorney: Marc Anton, Esq, AUSA

Defense Counsel: Patrick Hunt, Esq, AFPD

Probation: John Carozza    Interpreter: _____

Defendant: __X__ Present  ____ Not Present  __X__ On Bond  ____ In Custody

## JUDGMENT AND SENTENCE

IMPRISONMENT:

| Count | Months |
|-------|--------|
| 1     | 41     |

COMMENTS: _____

SUPERVISED RELEASE: 3 yrs.

__✓__ Maintain Employment   ____ Search Person/Property   ____ Deportation
____ Drug/Alcohol Treatment   __✓__ Financial Disclosure   __✓__ No Debt
__✓__ No Self-Employment Without Permission     OTHER:
_Related Concern Restriction_

SPECIAL ASSESSMENT: $ 100.00    FINE: $ 0    RESTITUTION: 868,156.00

Page 1 of 2

OTHER: _____

Counts remaining dismissed on Government motion: **2-20**

✓ Defendant advised of his right to appeal

\_\_\_ Remanded to U.S. Marshal     \_\_\_ Released on bond pending appeal

✓ Voluntary surrender to ✓ designated institution \_\_\_ U.S. Marshal on or before **Noon, 7-17-2009**

Recommendations to the Bureau of Prisons: **federal facility in So. Fla.**

Miscellaneous: Courtroom Clerk: Barbara Coats
**forfeiture is ordered consistent with Plea Agreement**