

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | 08-60234-Cr-Zloch |
| DEFENDANT | TYPE OF PROCESS |
| Karin Marshall | Preliminary Order Of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
$18,977.98 from Bank of American account# 004430450488

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
USSS

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA Roger W. Powell<br>Untied States Attorney's Office<br>500 E. Broward Blvd., Suite 700<br>Ft. Lauderdale, Florida 33394 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | ✔ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the property referenced above.
AGENCY# 311-777-49820-S
CATS# 08-USS-000396

Signature of Attorney or other Originator requesting service on behalf of ☑ Plaintiff ☐ Defendant

TELEPHONE NO. 954-356-7255 ext: 3592

DATE 4/3/09 / 03/02/2009

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

District of Origin No. ___   District to Serve No. ___

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.

DATE 4/17/09

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
1425 NW 62nd St.
Ft. Lauderdale, FL 33309

DATE OF SERVICE 4/3/09   TIME OF SERVICE 3:42  ☐ AM  ☒ PM

SIGNATURE, TITLE AND TREASURY AGENCY
___, Special Agent, USSS

REMARKS:

TD F 90-22.48 (6/96)



# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | 08-60234-Cr-Zloch |
| DEFENDANT | TYPE OF PROCESS |
| Karin Marshall | Preliminary Order Of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
$615.44 from Bank of American account# 004685904213

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
USSS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Roger W. Powell
Untied States Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the property referenced above.
AGENCY# 311-777-49820-S
CATS# 08-USS-000396

Signature of Attorney or other Originator requesting service on behalf of ☒ Plaintiff ☐ Defendant

TELEPHONE NO. 954-356-7255 ext: 3592

DATE 4/3/09  03/02/2009

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___
District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE 4/17/09

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
1425 NW 62nd St.
Ft. Lauderdale, FL 33309

DATE OF SERVICE 4/3/09
TIME OF SERVICE 3:42 ☒ PM

SIGNATURE, TITLE AND TREASURY AGENCY
Michael [signature], Special Agent, USSS

REMARKS:

TD F 90-22.48 (6/96)

# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | 08-60234-Cr-Zloch |
| DEFENDANT | TYPE OF PROCESS |
| Karin Marshall | Preliminary Order Of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE
$980.27 from Bank of American account# 91000061088821

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
USSS

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
AUSA Roger W. Powell
Untied States Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the property referenced above.
AGENCY# 311-777-49820-S
CATS# 08-USS-000396

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant
TELEPHONE NO. 954-356-7255 ext: 3592
DATE 03/02/2009

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. District of Origin No. ___ District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE 4/17/09

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE, OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
1425 NW 62nd St.
Ft. Lauderdale, FL 33309

DATE OF SERVICE 4/3/09
TIME OF SERVICE 3:42 ☒ PM

SIGNATURE, TITLE AND TREASURY AGENCY
_____, Special Agent, USSS

REMARKS:

TD F 90-22.48 (6/96)