UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60234-CR-WJZ

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

Karin A. Marshall

                Defendant.

_____/

**<u>DECLARATION OF PUBLICATION</u>**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 27, 2009 and ending on May 26, 2009. (<u>See</u>, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2009 at Ft. Lauderdale, FL.

<br>

                                 Respectfully submitted,
                                 R. ALEXANDER ACOSTA
                                 UNITED STATES ATTORNEY

BY:     *s/Roger W. Powell*_____
            ROGER W. POWELL.
            ASSISTANT US ATTORNEY
            500 East Broward Blvd., Suite 700
            Fort Lauderdale, Florida 33394
            Fla. Bar No. 341411
            TEL: (954) 356-7255, ext. 3592
            FAX: (954) 356-7180
            Email: roger.powell@usdoj.gov