UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KARIN A. MARSHALL,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

Upon motion of the United States for entry of a final order of forfeiture pursuant to 21 U.S.C. § 982 and 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461, and Fed. R. Crim. P. Rule 32.2(b)(2), upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

1.       On August 28, 2008, the Grand Jury in the Southern District of Florida returned an Indictment in count 1, charging Karin A. Marshall, (hereinafter referred to as "defendant") with knowingly devising a scheme and artifice to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises would be and were false and fraudulent when made. It was the object of the scheme and artifice for defendant Marshall to unjustly enrich herself by fraudulently initiating and authorizing outgoing funds transfers from Global Technologies Group's corporate bank account with Bank of America by utilizing the Bank of America computer program thus directing the transfer of funds into either her own personal bank accounts with Bank of America and Washington Mutual Bank or into her husband's personal bank accounts, all in violation of Title 18, United States Code, Sections 1343 and 2.

2. The Indictment further sought the forfeiture to the United States of all property, real or personal, constituting or derived from proceeds obtained from the above stated offenses and all property traceable to such property, including but not limited to $868,156 in United States currency pursuant to 21 U.S.C. § 853(p), 28 U.S.C. § 2461, and 18 U.S.C. §981(a)(1)(C).

3. On January 14, 2009, defendant Karin A. Marshall entered a plea of guilty to Count 1 of the Indictment, which charges the defendant with Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2. The defendant agreed, in paragraph 10, page 2 of her plea agreement, to forfeit all of her right, title, and interest in the following as property constituting or derived from proceeds the defendant obtained directly or indirectly as the result of such violation and/or as property used or intended to be used in any manner or part to commit or facilitate the commission of said violation to the United States:

   (a) $18,977.98 from Bank of America account #004430450488
   (b) $615.44 from Bank of America account #004685904213
   (c) $980.27 from Bank of America account #91000061088821

4. One April 1, 2009, this Court entered a preliminary order of forfeiture, (DE #35) against the above listed property in this case representing the amount of proceeds obtained by the defendant, in favor of the United States of America pursuant to Title 21, U.S.C. § 853(p) and Title 18, U.S.C. § 982.

5. In accordance with 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on April 27, 2009 and ending on May 26, 2009.

6. The proof of the publication of the Notice of Forfeiture entitled "Declaration of Publication" was filed with the Clerk of the Court on May 29, 2009. (DE #39)

7.  All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

8.  No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

Accordingly, pursuant to Title 18, United States Code, Section 982(a)(8), Title 21, United States Code, Section 853(n)(7), Rule 32.2(c)(2) of Federal Rules of Criminal Procedure, and for good cause shown, it is hereby,

**ORDERED, ADJUDGED and DECREED** that all right, title and interest in the property identified in paragraph (3) above, is hereby transferred, forfeited to and vested in the United States of America, pursuant to Title 18, United States Code, Section 982(a)(8) and Title 21, United States Code, Section 853(n)(7).

**IT IS FURTHER ORDERED** that the United States Secret Service, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Broward County, Florida this 2nd day of July, 2009.

WILLIAM J. ZLOCH
United States District Judge

cc: AUSA Roger W. Powell (2 certified copies)