UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60234-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KARIN A. MARSHALL,
    Defendant,
_____:

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Ernest Bowman in the amount of $5,000.00 plus any accrued interest be refunded to:

    Ernest Bowman
(Name of Payee. Do NOT include Mailing Address. A notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_____
Patrick M. Hunt, AFPD

Consented to by:
_____, Assistant United States Attorney
Marc S. Anton, AUSA

## ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of JULY, 2009.

_____
United States District Judge

cc    Patrick M. Hunt, AFPD
      Marc S. Anton, AUSA
      Financial Deputy Clerk (w/original W-8 or W-9)
      Ernest Bowman

**SERVICE LIST**

**UNITED STATES OF AMERICA v. KARIN MARSHALL**

**Case No. 08-60234-CR-ZLOCH/SNOW**

**United States District Court, Southern District of Florida**

Patrick M. Hunt, Esquire
Patrick_Hunt@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Karin Marshall
[Service via CM/ECF]

Marc S. Anton, Esquire
Marc.Anton@usdoj.gov
United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via CM/ECF]